NO. 07-10-00320-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
--------------------------------------------------------------------------------
NOVEMBER 3, 2011
--------------------------------------------------------------------------------

 
CHRISTIAN PRESCHOOL CENTERS, INC., D/B/A STEPPING STONES LICENSE NO. 159978, APPELLANT
 
 v.
 
ANNE HEILIGENSTEIN, IN HER REPRESENTATIVE CAPACITY AS COMMISSIONER OF THE TEXAS DEPARTMENT OF FAMILY PROTECTIVE SERVICES, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;
 
 NO. 2009-549,750; HONORABLE LESLIE HATCH, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 ON MOTION TO DISMISS
Appellant, Christian Preschool Centers, Inc. d/b/a Stepping Stones License 159978, has filed an unopposed motion to dismiss this appeal because the issue in controversy is no longer at issue. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). Although appellant requested that costs be taxed against the incurring party, because there was no enforceable agreement of the parties included with appellant's motion, see Tex. R. App. P. 6.6, all costs related to this appeal are assessed against appellant. See Tex. R. App. P. 42.1(d). If dismissal will prevent appellee from seeking relief to which she would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

 Mackey K. Hancock
 Justice